**People of the State of Illinois, Plaintiff-Appellee, v. James J. Decesare, Defendant-Appellant.**

**Gen. Nos. 51,304 and 51,305.** 

First District, First Division.

April 24, 1967.

Thomas J. Maloney, of Chicago (Richard H. Devine, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Zagel, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.